# EXHIBIT F

# Side-by-Side Comparison of Bed Frame

| Ashley '594 Patent | Furniture World B426 |




# Side-by-Side Comparison

# Bed Frame

| Ashley '594 Patent | Furniture World B426 |
|---|---|

 

# Side-by-Side Comparison
# Bed Frame



Ashley '594 Patent



Furniture World B426

# Side-by-Side Comparison

# Bed Frame

| Ashley '594 Patent | Furniture World B426 |



FIG. 1



# Side-by-Side Comparison of Bed Frame

Ashley '594 Patent



Furniture World B426



# Side-by-Side Comparison of Bed Frame

| Ashley '594 Patent | Furniture World B426 |
|---|---|

   

Backboard Post    Footboard Post    Backboard Post    Footboard Post

# Side-by-Side Comparison of Dresser

| Ashley '793 Patent | Furniture World B426 |

 

# Side-by-Side Comparison of Dresser

| Ashley '793 Patent | Furniture World B426 |





# Side-by-Side Comparison of Mirror

| Ashley '249 Patent | Furniture World B426 |
|---|---|
|  |  |

# Side-by-Side Comparison
# Mirror

Ashley '249 Patent



Furniture World B426

